PEARL BENDERS, Respondent, v. HOLM ESTATE, INC., Appellant.— Motion to resettle order denied, without costs. [See *ante*, p. 828.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

NAT M. BLACK, Respondent, v. CAPITOL PIECE DYE WORKS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CHASE WATCH CORP., Appellant, v. IRVING HEINS, Respondent.— Motion referred to the court that rendered the decision on the prior motion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. The motion is granted to the extent of amending the decision of this court handed down February 5, 1940 [258 App. Div. 1054], to read as follows: Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 968.] The following question of law is certified as one which in our opinion ought to be reviewed by the Court of Appeals: Should the motion to vacate the execution issued against the person of the defendant have been granted? Order dated February 5, 1940, resettled accordingly. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE CITY OF NEW YORK, Respondent, v. THE CONEY ISLAND FIRE DEPARTMENT, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

EDWARD G. FISCHER, as Ancillary Administrator C. T. A. of the Estate of SARAH F. BARNES, Deceased, Appellant, v. GUARANTY TRUST COMPANY and ARTHUR B. LAWRENCE, as Executors and Trustees of the Estate of MAX LIPPMAN, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

EDWARD B. GERNHARDT, Respondent, v. THE KNICKERBOCKER ICE CO., INC., and Another, Appellants. STANTON S. McCREADY, Respondent, v. THE KNICKERBOCKER ICE CO., INC., and Another, Appellants. ALFRED JOSEPH KEARNS, Respondent, v. THE KNICKERBOCKER LAUNDRY CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HEATING AND PLUMBING FINANCE CORPORATION, Respondent, v. CAROLINE FRANK, Defendant; CHARLES FRANK and CARFRA REALTY CORPORATION, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN LOAN CORPORATION, Appellant, for an Order Compelling the Collection of the Amount Due on a Judgment Out of Household Furniture and Other Personal Property of a Judgment Debtor, against SAMUEL GROSS, as a City Marshal of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of HELEN BROWNE, Appellant, for a Certiorari Order against JOHN L. RICE, Commissioner of Health, City of New York, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.